NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 19 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LENDWARD ALTON MIXON,<br><br>            Plaintiff-Appellant,<br><br>  v.<br><br>H. TYSON, Lieutenant at Kern Valley State Prison; et al.,<br><br>            Defendants,<br><br> and<br><br>JIMENEZ; METTS, Doctor at Corcoran State Prison,<br><br>            Defendants-Appellees. | No.    19-17607<br><br>D.C. No. 1:16-cv-01868-DAD-BAM<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Eastern District of California
Dale A. Drozd, District Judge, Presiding

Submitted March 16, 2021[**]

Before:    GRABER, R. NELSON, and HUNSAKER, Circuit Judges.

---

            [*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

            [**]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

California state prisoner Lendward Alton Mixon appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Albino v. Baca*, 747 F.3d 1162, 1168 (9th Cir. 2014) (en banc). We affirm.

The district court properly dismissed Mixon's action because Mixon failed to exhaust his administrative remedies prior to filing this action even though he was not satisfied with his temporary lower bunk accommodation. *See McKinney v. Carey*, 311 F.3d 1198, 1199-2000 (9th Cir. 2002) (requiring inmates to exhaust administrative remedies prior to filing suit in federal court).

**AFFIRMED.**